# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of May, two thousand and fifteen.

Before:      Christopher F. Droney,
                     *Circuit Judge*.

_____

Beacon Associates LLC II, *et al.*,
   Plaintiffs-Appellees,

                                          **ORDER**
    v.                                        Docket No. 15-1157

Beacon Associates Management Corp., *et al.*,
   Defendants-Appellees,

AIJED International, Ltd.,
   Appellant.

_____

     The parties have filed a consent motion to expedite this appeal.

     IT IS HEREBY ORDERED that the motion to expedite is GRANTED. Briefing shall proceed as follows: Appellant's opening brief is due by June 17, 2015; Appellees' response brief is due by July 22, 2015; and Appellant's reply brief is due by August 6, 2015. After briefing is complete, the appeal will be calendared for argument as soon as practicable. The parties will be notified of the date for oral argument.

                                                         For the Court:
                                                         Catherine O'Hagan Wolfe,
                                                         Clerk of Court